UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **KENNETH LEWIS, JR.,**         )<br>                                                        )<br>        **Plaintiff,**                            )<br>vs.                                                  )<br>                                                        )<br>                                                        )<br>**CAROLYN COLVIN, Acting**   )<br>**Commissioner, Social Security** )<br>**Administration,**                        )<br>                                                        )<br>        **Defendant.**                         ) | Case No. 3:14-CV-01280-JE<br><br>**ORDER AWARDING FEES**<br>**PURSUANT TO THE EQUAL**<br>**ACCESS TO JUSTICE ACT** |

      Based on a Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,600.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The amount of this award shall be paid to Plaintiff's attorney upon verification that Plaintiff validly assigned these EAJA fees to his attorney and that Plaintiff has no debt, which qualifies for offset against the award, pursuant to the Treasury Offset Program. See *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).  If Plaintiff has no such debt and there is a valid assignment, then a check shall be made out to Plaintiff's attorney, and mailed to Plaintiff's attorney's office as follows: Rory J. Linerud, at P.O. Box 1105, Salem, OR 97308-1105.  If Plaintiff has a debt, and/or if there is no valid assignment, then a check for any remaining funds, after any offset of the debt, shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this \_\_\_\_8th\_\_\_\_ day of \_\_March\_\_\_, 2016.

                                    /s/ John Jelderks
                              **JOHN JELDERKS**
                              **UNITED STATES DISTRICT COURT**
                              **MAGISTRATE JUDGE**

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 2